UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

GENE DESHAWN M. WATKINS											Plaintiff

v.												Civil Action No. 3:23-CV-126-RGJ

JUDGE DAVID J. HALE											Defendant

* * * * *

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that Plaintiff's claims are **DISMISSED** for seeking monetary relief against a defendant who is immune from such relief under 28 U.S.C. § 1915(e)(2)(B)(iii).

All pending motions are **DENIED as moot**.

There being no just reason for delay in its entry, this is a **final Order**.

This Court further **certifies** that an appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date: July 10, 2023

Rebecca Grady Jennings, District Judge
United States District Court

cc:	Plaintiff, *pro se*
A961.014